IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00142-WDM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TIMOTHY O. DUDLEY,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

      IT IS ORDERED that Defendant, TIMOTHY O. DUDLEY, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, Federal Prison Camp - Englewood, Littleton, Colorado, on January 9, 2006, by noon, and will travel at his own expense.

      DATED at Denver, Colorado, on December 28, 2005.

      BY THE COURT:

      /s/ Walker D. Miller
      United States District Judge

PDF FINAL